PRAY v. TODD et al. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by John A. Pray against Louis L. Todd, impleaded. No opinion. Motion dismissed.

PRIVIDI v. O'BRIEN. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Joseph J. Prividi against William J. O'Brien. No opinion. Motion denied, with $10 costs.

PURDY, Appellant, v. CLOCKE et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) Action by R. Anna Purdy against G. De Witt Clocke and T. Emory Clocke. No opinion. Judgment affirmed, with costs.

QUIGLEY v. NAUGHTON et al. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by James E. Quigley against Bernard Naughton and another. No opinion. Motion denied, with $10 costs.

RANDALL, Appellant, v. HOLBROOK, CABOT & DALY CO., Respondent. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Martin H. Randall, as administrator, against the Holbrook, Cabot & Daly Company. B. Scharps, for appellant. B. Patterson, for respondent.

PER CURIAM. Judgment affirmed, with costs, on opinion in Randall v. Holbrook, etc., 95 App. Div. 336, 88 N. Y. Supp. 681. Leave granted to appeal to the Court of Appeals.

RAYMOND v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Edward A. Raymond against the Pennsylvania Railroad Company. No opinion. Motion denied, with $10 costs.

RECORD, Respondent, v. BEDELL, Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Mary A. Record against Ida Bedell, as executrix of Martha K. Bordwell, deceased. No opinion. Judgment unanimously affirmed, with costs.

REDIGER, Appellant, v. CORD MEYER CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) Action by Frank Rediger, as administrator, etc., of Isador Bjernaczki, against the Cord Meyer Company.

PER CURIAM. Judgment affirmed, with costs.

HOOKER, J., dissents.

REISER v. METROPOLITAN EXPRESS CO. (Supreme Court, Appellate Division, First Department. March 17, 1905.) Action by M. Gustino Reiser against the Metropolitan Express Company. No opinion. Motion granted.

REYNOLDS v. EXTRIX. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Thomas L. Reynolds against Ruth Britton Extrix. No opinion. Motion denied, with $10 costs.

RICHKE, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Joseph Richke, as administrator, against the American Ice Company. B. B. Gattell, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

RIDDOCK, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Margaret Riddock against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order modified, by striking out the extra allowance of costs, on the ground of want of power in the Trial Term; and, as so modified, affirmed, without costs of this appeal.

HIRSCHBERG, P. J., dissents from that portion of the decision striking out the extra allowance, on the ground that the question was not raised in the trial court.

RIES et al., Respondents, v. STARK, Appellant. (Supreme Court, Appellate Term. March 21, 1905.) Appeal from Municipal Court, Borough of Manhattan, Fourth District. Action by Charles Ries and another against Rudolph Stark. From a Municipal Court judgment in favor of plaintiffs, defendant appeals. Reversed. Henry A. Doellinger, for appellant. Charles Brandt, Jr., for respondents.

PER CURIAM. The contract relied upon is unilateral, and without consideration or mutuality. In any event, its only purpose was to enable the broker to collect from the seller, and it does not appear that he lost anything by defendant's failure to notify him. The judgment should be reversed, and a new trial ordered, with costs to appellant to abide the event.

RIPSOM, Appellant, v. IRELAND, Respondent. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Edward B. Ripsom against John De Courcey Ireland.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with costs; it appearing on the face of the order that it was granted in violation of the rule that the place of trial will not be changed from a rural county to the county of New York for the convenience of witnesses alone.